**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
JEREMY HOLLAND

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JEREMY HOLLAND,

       Plaintiff,

  vs.

WILLOWBROOK PARTNERS, L.L.C.;
and DOES 1 to 10,

       Defendants.

**Case No.: 2:25-cv-04014-SSC**

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

    **PLEASE TAKE NOTICE** that Plaintiff JEREMY HOLLAND ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: July 21, 2025          **SO. CAL. EQUAL ACCESS GROUP**

By:     */s/  Jason J. Kim*
          Jason J. Kim, Esq.
          Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**